NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC,**
*Appellants*

**v.**

**AORTIC INNOVATIONS, LLC,**
*Cross-Appellant*

---

2023-1991, 2023- 2090

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00034, IPR2022-00193.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P.  42 (b).

2                              EDWARDS LIFESCIENCES CORPORATION V. AORTIC
                                                      INNOVATIONS, LLC

(2)  Each side shall bear their own costs.



                                                   FOR THE COURT

October 27, 2023
        Date                                 /s/ Jarrett B. Perlow
                                             Jarrett B. Perlow
                                             Clerk of Court


**ISSUED AS A MANDATE:** October 27, 2023